

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00274-CR

Sean Eric Griffin
v.
The State of Texas

On Appeal from the
36th District Court of San Patricio County, Texas
Trial Cause No. S-19-3408CR

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

December 17, 2020